[No. 1897-2.     Division Two.     July 23, 1976]

THE PORT OF BELLINGHAM, *Appellant*, v. JOHN S. WILLIAMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 48348, Byron L. Swedberg, J., entered August 30, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1959-2.     Division Two.     July 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL H. EHRLICH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4888, Hewitt A. Henry, J., entered June 30, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 3835-1.     Division One.     July 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE EUGENE HAISLIP, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 7624, Marshall Forrest, J., entered May 16, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4043-1.     Division One.     July 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES M. CARROLL, ET AL, *Defendants*, M. E. COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57842, James W. Mifflin, J., entered July 16, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.